# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| In Re: | Case No. 18-50748 |
| Jay Vincent Spinale | Chapter 13 |
| Debtor. | Judge Barbara Ellis-Monro |

## NOTICE OF CREDITOR CHANGE OF ADDRESS

Home Point Financial Corporation ("Creditor"), by and through their undersigned agent, hereby gives notice of a Change of Address on the below filed Claim, effective immediately.

Claim Number: 4
Last 4 Digits of Account Number: 0186

**Current Address for Notices:**
Home Point Financial Corporation
11511 Luna Road, Suite 300
Farmers Branch, TX 75234

Phone:
Email:

**NEW Address for Notices (Effective Immediately):**
Home Point Financial Corporation
11511 Luna Road, Suite 300
Farmers Branch, TX 75234

Phone:
Email:

**Current Address for Payments:**
Home Point Financial Corporation
PO Box 790309
St. Louis, MO 63179

Phone:
Email:

**NEW Address for Payments (Effective Immediately):**
Home Point Financial Corporation
11511 Luna Road, Suite 300
Farmers Branch, TX 75234

Phone:
Email:

Respectfully Submitted

/s/ D. Anthony Sottile

D. Anthony Sottile
Authorized Agent for Creditor
Sottile & Barile, LLC
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com

## CERTIFICATE OF SERVICE

I certify that on January 16, 2020, a copy of the foregoing Notice of Creditor Address Change was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

    J. Keith Cornwell, Debtor's Counsel
    cornwelllawfirm@gmail.com

    Mary Ida Townson, Chapter 13 Trustee
    courtdailysummary@atlch13tt.com

    Office of the United States Trustee
    (Registered Address) @usdoj.gov

I further certify that on January 16, 2020, a copy of the foregoing Notice of Creditor Address Change was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Jay Vincent Spinale, Debtor
    2406 Old Valley Lane
    Duluth GA 30097

                                        /s/ D. Anthony Sottile
                                        D. Anthony Sottile
                                        Authorized Agent for Creditor
                                        Sottile & Barile, LLC
                                        394 Wards Corner Road, Suite 180
                                        Loveland, OH 45140
                                        Phone: 513.444.4100
                                        Email: bankruptcy@sottileandbarile.com